Firm E-Mail Address: courtdocs@dickinsonwright.com

David G. Bray (#014346)
dbray@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Facsimile: (602) 285-5100

*Attorneys for Plaintiff Spindle, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Spindle, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>William Clark and Joann Clark, husband and wife, Justin Clark, an individual; Sean Tate and Patricia La Due-Tate, husband and wife; and Phasive, Inc., an Arizona Corporation,<br><br>Defendants. | Case No.: 2:16-cv-02613-MHB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff and Defendants hereby give notice that they have agreed to a full settlement which disposes of all issues raised in the parties' pleadings. The parties anticipate beginning the process of formally documenting their settlement agreement this week and anticipate filing a Stipulation with the Court based on their settlement within thirty (30) days of this notice. In the meantime, the parties request that all case-related deadlines be stayed for the next thirty (30) days while they complete the documentation of their settlement.

/ / /

/ / /

**DATED** this 23rd day of May, 2017.

**DICKINSON WRIGHT PLLC**

By: /s/ David G. Bray
David G. Bray
1850 North Central Avenue
Suite 1400
Phoenix, Arizona 85004
*Attorneys for Plaintiff Spindle, Inc.*

**ROBAINA & KRESIN, P.L.L.C.**

By: /s/ David C. Kresin
David C. Kresin
5343 N. 16th Street, Ste 200
Phoenix, Arizona 85016
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2017, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Janet Hawkins

PHOENIX 71938-1 372521v1