**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Spindle, Inc., a Nevada Corporation,

Plaintiff,

vs.

William Clark and Joann Clark, husband and wife, Justin Clark, an individual; Sean Tate and Patricia La Due-Tate, husband and wife; and Phasive, Inc., an Arizona Corporation,

Defendants.

**Case No.: CV-16-02613-PHX-MHB**

**ORDER**

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 89) and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 89),

IT IS FURTHER ORDERED dismissing this matter with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 12th day of July, 2017.

Honorable Michelle H. Burns
United States Magistrate Judge